```
1   J.M. IRIGOYEN #177626
    Attorney at Law
2   J.M. IRIGOYEN LAW CORPORATION
    2131 Amador
3   Fresno, CA 93721

4   559.233.3333

5
    Attorney for Defendant
6   LEONEL AYON ONTIVEROS

7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 09 CR 32 AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE, & ORDER THEREON** |
| vs. | ) | |
| LEONEL AYON ONTIVEROS, | ) | |
| Defendant. | ) | |

**STIPULATION**

It is stipulated and agreed between the parties that the status conference in the above matter currently set for August 3, 2009, be continued to August 17, 2009 at 9:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I) to and through August 17, 2009.

//

//

```
     I hereby agree to the above stipulation.
Dated: July 29, 2009
                              s/J.M. Irigoyen

                         _____
                           by: J.M. Irigoyen
                           Attorney for Defendant

     I hereby consent to the above stipulation.
DATED: July 29, 2009
                              s/Susan Phan

                         _____
                         By: Susan Phan
                         Assistant U.S. Attorney
```

ORDER CONTINUING STATUS CONFERENCE DATE

IT IS SO ORDERED.

**Dated:   July 30, 2009**                **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE