1   BENJAMIN B. WAGNER
    United States Attorney
2   SUSAN PHAN
    Assistant U.S. Attorneys
3   4401 Federal Building
    2500 Tulare Street
4   Fresno, CA 93721
    (559) 497-4000
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) CASE NO. 1:09-CR-00032 AWI
                                     )
12                     Plaintiff,    ) MEMORANDUM IN SUPPORT OF
                                     ) GOVERNMENT'S MOTION FOR
13        v.                         ) DEFENDANT'S FINGERPRINTS
                                     )
14  LEONEL AYON-ONTIVEROS,           ) Trial Date:
                                     ) Time:
15                     Defendant.    ) Place:  Courtroom 2
                                     )
16  _____ ) Judge:  Hon. Anthony W. Ishii

17

18                   I.   STATEMENT OF FACTS

19        Defendant LEONEL AYON-ONTIVEROS is charged with illegal reentry

20  of a deported alien. 8 U.S.C. § 1326(a) and (b)(2).  AYON-ONTIVEROS is

21  a native and citizen of Mexico.  On or about December 30, 1998,

22  defendant was sentenced to one (1) year imprisonment for inflicting

23  corporal injury to a spouse, in violation of California Penal Code §

24  243.5(a).  On or about April 29, 2005, defendant was removed from the

25  United States pursuant to an Immigration Judge's Order.  Defendant was

26  thereafter found by immigration authorities, specifically Immigration

27  Enforcement Agent ("IEA") Nancy Gonzalez, in Bakersfield, CA, in the

28  Eastern District of California, on or about August 13, 2008.

                                    1

Defendant provided Gonzalez a sworn statement admitting his prior removal and lack of permission to reenter the United States.

To establish that the defendant was a previously deported alien found in the Eastern District of California, the government seeks to obtain fingerprint samples from the defendant to compare with documents in his immigration file.

II.   ARGUMENT

The Supreme Court has held that the taking of non-testimonial exemplars from a defendant does not violate the Fourth or Fifth Amendments.  Schmerber v. California, 384 U.S. 757, 760-64 (1966). Once probable cause is established and an arrest is made, he retains no constitutional privacy interest against his correct identification. Friedman v. Boucher, 580 F.3d 847, 863 (9th Cir. 2009).  Fingerprint samples are physical evidence, which are non-testimonial in nature. U.S. v. Wade, 388 U.S. 218, 223 (1967)(compulsion to submit to fingerprinting, does not become testimonial within the scope of the privilege against self-incrimination).

///
///
///
///
///
///
///
///
///
///
///

III.   <u>CONCLUSION</u>

Based on the foregoing, the Government respectfully requests that the defendant be ordered to submit to the taking of fingerprint samples in a manner directed by the Government.


DATED:  February 8, 2010          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  <u>/s/  Susan Phan</u>
                                  SUSAN PHAN
                                  Assistant U.S. Attorney



                             <u>O R D E R</u>

IT IS HEREBY ORDERED that defendant LEONEL AYON-ONTIVEROS allow Government agents to obtain fingerprint samples from him in a manner directed by the Government.


Dated: <u>February 9, 2010</u>       <u>/s/ Anthony W. Ishii</u>
                                  ANTHONY W. ISHII
                                  United States District Court Judge