DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEONEL AYON-ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0032 AWI |
| Plaintiff, | **AMENDED** STIPULATION TO CONTINUE COMPETENCY HEARING; ORDER |
| v. | |
| LEONEL AYON-ONTIVEROS, | Date:   November 10, 2010 |
| Defendant. | Time:  1:30 p.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy

Sasso, Counsel for Defendant Leonel Ayon-Ontiveros, that the hearing currently set for November 8, 2010

at 1:30 p.m., **may be rescheduled to November 10, 2010 at 1:30 p.m.**

     The request is jointly made by counsel to accommodate the schedules of the experts who will be

called to testify at the competency hearing.  The requested continuance will conserve time and resources

for both counsel and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3   3161(h)(7)(B)(I) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: September 1, 2010

/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: September 1, 2010

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorneys for Defendant
Leonel Ayon -Ontiveros

**ORDER**

IT IS SO ORDERED.

Dated:       September 2, 2010

CHIEF UNITED STATES DISTRICT JUDGE

AYON-ONTIVEROS: Stipulation to Continue Competency
Hearing; Order                                    -2-