BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, Plaintiff, v. LEONEL AYON-ONTIVEROS, Defendant. | Case No. 1:09-CR-0032 AWI<br><br>ORDER ON DEFENDANT'S COMPETENCY TO STAND TRIAL |

On November 29, 2010, this court found defendant mentally competent to proceed with trial. At a status conference on January 18, 2011, defendant moved for reexamination based on a belief that the defendant's mental state had deteriorated in that he was no longer competent to stand trial. The government did not oppose this request for reexamination.

Accordingly,

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) under the provisions of 18 U.S.C. §§ 4247(b) and (c), as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to

permit the proceedings to go forward.

Defendant Leonel Ayon-Ontiveros shall be committed to the custody of the Attorney General of the United States for purposes of the reexamination at a suitable facility.

Time is excluded under the Speedy Trial Act from the date of the hearing until April 25, 2011, pursuant to 18 U.S.C. § 3161(h)(1)(A) and thereafter if the period of commitment to the Attorney General is extended.

IT IS SO ORDERED.

Dated:     January 23, 2011
                                    CHIEF UNITED STATES DISTRICT JUDGE