```
 1   DANIEL J. BRODERICK, #89424
     Federal Defender
 2   PEGGY SASSO, CA Bar #228906
     Assistant Federal Defender
 3   Designated Counsel for Service
     2300 Tulare Street, Suite 330
 4   Fresno, California  93721-2226
     Telephone: (559) 487-5561
 5
     Attorney for Defendant
 6   LEONEL AYON-ONTIVEROS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00032 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| LEONEL AYON-ONTIVEROS, | ) ) | Date:  July 11, 2011 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Leonel Ayon-Ontiveros, that the hearing currently set for April 25, 2011 at 9:00 a.m., **may be rescheduled to July 11, 2011 at 9:00 a.m.**

This continuance is at the request of the Bureau of Prisons as there are currently no beds available at FMC Butner to perform the court ordered competency evaluation of Mr. Ayon-Ontiveros.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded pursuant to the
2  Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(1)(A); 3161(h)(1)(F); 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv), and that good cause exists, and that the ends of justice served by the granting of
4  such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 15, 2011

/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated:  February 15, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
LEONEL AYON-ONTIVEROS

**ORDER**

IT IS SO ORDERED.

Dated:      February 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE