| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
LEONEL AYON-ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0032 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| LEONEL AYON-ONTIVEROS, | Date:  September 12, 2011 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Leonel Ayon-Ontiveros, that the hearing currently set for July 11, 2011 at 9:00 a.m., **may be rescheduled to September 12, 2011 at 9:00 a.m.**

This continuance is at the joint request of counsel. Mr. Ayon-Ontiveros is currently at the Bureau of Prisons at FMC Butner undergoing a court ordered competency evaluation. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded pursuant to the
2  Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(1)(A); 3161(h)(1)(F); 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv), and that good cause exists, and that the ends of justice served by the granting of
4  such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: July 7, 2011

/s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: July 7, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Leonel Ayon-Ontiveros

**ORDER**

IT IS SO ORDERED.

Dated:     July 7, 2011
                                        CHIEF UNITED STATES DISTRICT JUDGE